UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POSTMA, et ano,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>COMSTOCK, et ano,<br><br>　　　　　　　　Defendants. | No.<br><br>KING COUNTY SUPERIOR COURT<br>CAUSE NO. 25-2-15751-2 SEA<br><br>NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(a) |

TO:  THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE:

Defendant City of Seattle hereby gives notice that it is removing this case to the United States District Court for the Western District of Washington on the grounds set forth below.

1. On 05/27/2025, Plaintiffs filed a Complaint for breach of lease against Defendants. (*See* attached as Ex. 1 Complaint for breach of lease).

2. The matter was assigned to The Honorable Josephine Wiggs, and the Court issued an Order Setting Civil Case Schedule (*See* attached as Ex. 2 to the Verification of State Court Records).

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION) - 1

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

3. The Case Information Cover Sheet and Area Designation filed by plaintiff on 05/27/2025, is attached as Exhibit 3 to the Verification of State Court Records.

4. On 09/23/2025, Defendants filed a counterclaim that included a third-party Complaint naming the City of Seattle as a third-party Defendant. (*See* attached as Ex. 4 the Answer and Counterclaim filed by Defendants/third-party Plaintiffs).

5. On 09/24/2025, third-party Plaintiffs filed an Amended Counterclaim adding additional third-party Defendants. (*See* attached as Ex. 5 Amended Complaint).

6. On 09/29/2025 third-party Plaintiffs filed another Amended Complaint adding additional third-party Defendants. (*See* attached as Ex. 6 Amended Complaint).

7. On 10/02/2025, third-party Plaintiffs filed another Amended Complaint to add an additional third-party Defendant. (*See* attached as Ex. 7 Amended Complaint).

8. On 10/03/2025, third-party Plaintiffs filed another Amended Complaint to add an additional third-party Defendant. (*See* attached as Ex. 8 Amended Complaint)

9. On 10/13/2025, third-party Plaintiffs filed an additional Amended Complaint to add third-party Defendants as well as vexatious litigant Ingrid Johnson as the real party in interest third-party Plaintiff. (*See* attached as Ex. 9 Amended Complaint).

10. On 10/13/2025, third-party Plaintiffs filed another Amended Complaint to add an additional third-party Defendant. (*See* attached as Ex. 10 Amended Complaint)

11. On 10/17/2025, third-party Plaintiffs filed another Amended Complaint to add an additional third-party Defendant. (*See* attached as Ex. 11 Amended Complaint)

12. A copy of the King County Superior Court docket is attached as Exhibit 11 to the Verification of State Court Records.

13. Upon information and belief, there have been no further proceedings in this action.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)
(FEDERAL QUESTION) - 2

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

14.	It appears that within the Complaint, third-party Plaintiff alleges federal questions by alleging a Constitutional claim for a civil rights violation under 42 U.S.C. § 1983, specifically, that the City of Seattle deprived her of her constitutional rights[1], which are unavailable to her in the Superior Court of the State of Washington, but are available when proceeding under 42 U.S.C. § 1983.

15.	A claim for a violation of 42 U.S.C. § 1983 arises under and is controlled by the laws and the Constitution of the United States and therefore falls within the original jurisdiction of the United States District Court.  *See* 28 U.S.C. §§ 1331, 1343 and 1441(b).  The entire case may thus be removed to the United States District Court for determination of all issues.  *See* 28 U.S.C. § 1441(c).

16.	Defendant City has filed this Notice of Removal within thirty (30) days after receipt, through service or otherwise, of a copy of plaintiff's Complaint.  *See* 28 U.S.C. § 1446(b).

17.	Intradistrict Assignment: Pursuant to Local Rule 101(e), defendant City notes that it is removing this case to the Western District of Washington, Seattle Division, because a portion of the events complained of occurred in King County.

18.	This Court is the district court of the United States for the district and division embracing the place where the state court action is currently pending.  *See* 28 U.S.C. § 1441(a).

///

///

---

[1] Third-Party Plaintiffs also allege violations of federal criminal law, specifically, RICO violations under 18 USC § 1962, witness tampering and retaliation under 18 USC §§ 1512 and 1513, and kidnapping under 18 USC § 1201.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)
(FEDERAL QUESTION) - 3

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

WHEREFORE, defendant City hereby gives notice that the civil action in King County Superior Court, State of Washington has been removed from that Court to the United States District Court for the Western District of Washington at Seattle.

DATED this 20th day of October, 2025.

ANN DAVISON
Seattle City Attorney

By:   */s/ Catherine E. Riedo*
      Catherine E. Riedo, WSBA # 50418
      Assistant City Attorney
      E-mail: Catherine.Riedo@seattle.gov

      Seattle City Attorney's Office
      701 Fifth Avenue, Suite 2050
      Seattle, WA 98104
      Phone: (206) 684-8200

*Attorney for Defendant City of Seattle and Dallas LePierre*

By:   */s/ Dallas LePierre*
     */s/ Catherine E. Riedo*
      Dallas LePierre, WSBA# 47391
      Catherine E. Riedo, WSBA # 50418
      Assistant City Attorneys
      E-mail:  Dallas.LePierre@seattle.gov
      E-mail: Catherine.Riedo@seattle.gov

      Seattle City Attorney's Office
      701 Fifth Avenue, Suite 2050
      Seattle, WA 98104
      Phone: (206) 684-8200

*Attorneys for Defendant City of Seattle*

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION) - 4

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200