FILED
2025 OCT 17 03:33 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 25-2-15751-2 SEA

# WASHINGTON STATE SUPERIOR COURT FOR THE COUNTY OF KING

POSTMA & DEMARIA

V.

COMSTOCK ET AL.,

CASE 25-2-15751-2

[LEGALLY NOTICED AS FEDERAL CONSOLIDATION CASE TO 3:35-00214-SLG]

---

AMENDED COUNTERCOMPLAINT AND NOTICE OF CRIMINAL MISREPRESENTATION AND AIDING AND ABETTING THE KIDNAPPING OF JOHNSON'S MINOR CHILD AND NEW PREDICATE CRIMINAL ACT BY SEATTLE PUBLIC SCHOOLS THROUGH LAW FIRM KEATING, BUCKLIN, MCCORMACK, INC., PS

On October 17th 2025, The Seattle Public School, through law firm Keating, Bucklin, & McCormack, did commit a new RICO crime to further the underlying RICO enterprise documented in this Federal Consolidation Vehicle.

In full knowledge of this case number through subpoena, and with access to all filings, notices, exhibits, bench books and any other well-plead document herein:

Seattle Public Schools unlawfully and with malicious illegality

- Refused to provide mandatory information for the safe, legal recovery of minor Rex Reinke
- Cited void in intio Court Documents by RICO PREDICATE criminals at the King County Superior Court as legally valid
- Thus throwing away article VI of the United States Constitution Supremacy Clause
- While:
    o Obstructing Justice
    o Aiding and abetting Kidnapping
    o Fraud upon the Court
    o Wire Fraud
    o Mail Fraud
    o Racketeering
- Counterclaimants have zero shock left for *any* Washington actors, as the entire state has fallen into lawlessness, consistent with this behavior of Seattle Public Schools.
- The only surprise is the unbelievable laziness and stupidity of this choice made by those who purport to educate children.


Seattle Public Schools is herein named as a Rico Predicate Defendant, headed toward Federal Consolidation for the crimes named above and any other (including individual acts) surfaced during the discovery process.


Submitted this 17th day of October,

/s/Ingrid Johnson

Ingrid Johnson

Counterclaimant

2507 Bryce Ct

Anacortes WA 98221

techingridj@gmail.com

**KBM**

**50 YEARS**

RICHARD B. JOLLEY***
SHANNON M. RAGONESI
KIMBERLY J. WALDBAUM
JEREMY W. CULUMBER
AMANDA G. BUTLER
BRIAN C. AUGENTHALER⚹
THOMAS P. MILLER
ANN E. TRIVETT**

\*       also licensed in AZ/OR
\*\*      also licensed in OR
\*\*\*     also licensed in WY/MT
✦       also licensed in CA
⚹       also licensed in AK
◈       also licensed in CO

AUDREY M. AIRUT MURPHY
SEAN M. DWYER
MARGOT COTTER✦
ANTHONY S. MARINELLA
KRISTEN K. BECK
STUART A. CASSEL**
ADAM P. ZENGER◈
DANIELLE M. ROGOWSKI

OF COUNSEL:
MICHAEL C. WALTER
RUTH NIELSEN
PAUL J. TRIESCH
STEWART A. ESTES*
JAYNE L. FREEMAN**

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
1201 Third Avenue, Suite 1580
Seattle, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423
www.kbmlawyers.com
amurphy@kbmlawyers.com

October 17, 2025

Carolynn Comstock
carolynn@talentsavant.org
VIA EMAIL

> RE:    Email Document Labeled "Subpoena Duces Tecum" to Seattle Public Schools
>        Dated October 20, 2025

Dear Ms. Comstock:

I am an attorney representing Seattle Public Schools, and I write regarding the document labeled Subpoena Duces Tecum dated October 20, 2025, which you emailed to Legal@seattleschools.org and filed with the King County Superior Court Case No. 25-2-15751-2 SEA on October 10, 2025. Specifically, the District understands this emailed document to be intended to be a subpoena for documents, and this letter provides a written objection pursuant to CR 45(c)(2)(B).

First, the emailed document labeled "subpoena duces tecum" was not properly issued by a Court, Clerk, or person authorized to issue a subpoena under Washington law, nor was the subpoena properly served with requisite temporal notice or procedures required under CR 45. *See* CR 45(a)(4),(b),(c)(2)(B).

Second, the emailed document labeled "subpoena duces tecum" seeks confidential student information protected from disclosure under federal and Washington law. *See, e.g.*, 20 U.S.C. § 1232g; 34 CFR Part 99; RCW Chapter 28A.604; *see also, e.g.*, RCW 28A.604.030. The District legally cannot simply disclose confidential student personal information in response to an email request by an unauthorized third party. Not only does it appear that the emailed document is not a properly issued subpoena under Washington law, but also, it does not appear that the person seeking the information detailed in the document has any custodial or parental relationship to the student at issue, and federal and state privacy protections prevent disclosure of confidential student information as requested in the document.

1043-00129/774347

Correspondence to Carolynn Comstock
October 17, 2025
Page 2

Third, to the extent the emailed document labeled "subpoena duces tecum" was intended to be issued on behalf of Ingrid Johnson for purposes related to civil proceedings initiated by her, the District is in possession of a court order that prevents contact, talking, harm, and other forms of contact by Ms. Johnson to the student addressed in the document labeled "subpoena duces tecum." Accordingly, it appears that the "subpoena duces tecum" seeks to facilitate disclosure of information of a protected child in a way that is legally disallowed by court order.

Fourth, the emailed document labeled "subpoena duces tecum" is overbroad, vague, and seeks information outside the possession or control of the District in addition to seeking confidential and privileged information not subject to third party disclosure.

The District accordingly objects to the document provided via email on October 10, 2025, labeled "subpoena duces tecum" in its entirety. Thank you for your attention.

Sincerely,

Audrey M. Airut Murphy

AAM/aam