# UNITED STATES COURTS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| GENERAL DESIGNATION OF A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT | **ORDER**<br>(28 U.S.C. § 292(b)) |

      Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Stanley A. Bastian**, United States Chief District Judge for the Eastern District of Washington, to temporarily perform the duties of United States District Judge on an as-needed basis for the **Western District of Washington** beginning on January 2, 2025, and ending on December 31, 2025, and for such additional time required in advance to prepare or thereafter to complete unfinished business.

      DATED this <u>2nd</u> day of <u>January</u> 2025.

 

_____
Mary H. Murguia
Chief Circuit Judge