UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| JULIE POSTMA, et al.<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYNN COMSTOCK, et al.,<br><br>        Defendants. | NO.  2:25-CV-02036-SAB<br><br>**ORDER RE: MOTIONS;**<br><br>**CLOSING FILE** |

In January 2026, the Court granted Defendants' Motions to Dismiss and remanded this matter to state court. ECF No. 27. Since that time, Carolynn Comstock and Ingrid Johnson have continued to file motions in this matter: Motion to Appeal In Forma Pauperis, ECF No. 29; Dispositive Emergency Motion to Vacate Void Orders and Strike Vexatious Designations Pursuant to CR60(b)(4) and the 14th Amendment, ECF No. 34; and Non-Discretionary Mandatory Vacatur of Docket 27 and any and all References to Vexatious Litigant Re: Ingrid Johnson, ECF No. 36.  In addition, the City of Seattle has moved the Court for a vexatious litigation order against Ingrid Johnson. ECF No. 31.

To the extent Ms. Comstock and Ms. Johnson are asking the Court to reconsider its earlier Order dismissing and remanding this matter, the Court declines to do so. *See Kona Enterprises, Inc. v. Estate of Bishop*, 229, F.3d 877, 890 (9th Cir. 2000) (noting motions for reconsideration are disfavored and should not be granted, absent highly unusual circumstances, unless the district court is

**ORDER RE: MOTIONS; CLOSING FILE**~ 1

presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law).

Because this case is closed and the Court no longer has jurisdiction over the matter, it declines to rule on the City of Seattle's request to find Ingrid Johnson a vexatious litigant. That said, the Court will direct the Clerk of Court to not accept any more filings in this matter from Ms. Comstock or Ms. Johnson.

Accordingly, **IT IS ORDERED:**

1. Ms. Comstock's Motion to Appeal In Forma Pauperis, ECF No. 29, is **DENIED**.

2. Ms. Comstock's Dispositive Emergency Motion to Vacate Void Orders and Strike Vexatious Designations Pursuant to CR60(b)(4) and the 14th Amendment, ECF No. 34, is **DENIED**.

3. Ms. Johnson's Non-Discretionary Mandatory Vacatur of Docket 27 and any and all References to Vexatious Litigant Re: Ingrid Johnson, ECF No. 36, is **DENIED**.

4. The City of Seattle's Motion for a Vexatious Litigant Order Against Ingrid c. Johnson, ECF No. 31, is **DENIED**.

5. The Clerk of Court is directed to close this file and not accept any further filings in this matter from Ms. Comstock and Ms. Johnson.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to the pro se parties and counsel.

**DATED** this 6th day of May 2026.

_____

Stanley A. Bastian
U.S. District Judge

**ORDER RE: MOTIONS; CLOSING FILE~ 2**